**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiff,<br><br>v.<br><br>**(1) MALLORY NICOLE BUNCH**,<br>[DOB: 11-2-1983]<br><br>and<br><br>**(2) JESSICA NICOLE PICKETT**,<br>[DOB 2-24-1990]<br><br>Defendants. | No. 24-03070-01/02-CR-S-MDH<br><br>**COUNT 1**<br>18 U.S.C. §§ 2251(a) and (e)<br>NLT 15 Years Imprisonment<br>NMT 30 Years Imprisonment<br>NMT $250,000 Fine<br>NLT 5 Years, or Life, Supervised Release<br>Class B Felony<br><br>**COUNT 2**<br>18 U.S.C. §§ 2251(a) and (e)<br>NLT 15 Years Imprisonment<br>NMT 30 Years Imprisonment<br>NMT $250,000 Fine<br>NLT 5 Years, or Life, Supervised Release<br>Class B Felony<br><br>**COUNT 3**<br>18 U.S.C. §§ 2252(a)(2) and (b)(1)<br>NLT 5 Years<br>NMT 20 Years Imprisonment<br>NMT $250,000 Fine<br>NLT 5 Years or Life Supervised Release<br>Class C Felony<br><br>**COUNT 4**<br>18 U.S.C. §§ 2251(a) and (e)<br>NLT 15 Years Imprisonment<br>NMT 30 Years Imprisonment<br>NMT $250,000 Fine<br>NLT 5 Years, or Life, Supervised Release<br>Class B Felony<br><br>**COUNT 5**<br>18 U.S.C. § 1470<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>Restitution |

$100 Special Assessment (Each Count of Conviction)

$5,000 JVTA Special Assessment

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

## COUNT 1

Beginning on an unknown date, but as early as September 2, 2016, and continuing through May 23, 2024, said dates being approximate, in Webster County, in the Western District of Missouri, and elsewhere, the defendants, **MALLORY NICOLE BUNCH**, and **JESSICA NICOLE PICKETT** did combine, conspire and confederate with Thomas Bunch and others, known and unknown to the Grand Jury, to employ, use, persuade, induce, entice, and coerce minors, Minor Victim 1 and Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 2

Beginning on an unknown date, but as early as January 28, 2023, and continuing through May 23, 2024, said dates being approximate, in Webster County, in the Western District of Missouri, and elsewhere, the defendant, **MALLORY NICOLE BUNCH**, did and attempted to employ, use, persuade, induce, entice, and coerce a minor, Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 3

Beginning on an unknown date, but as early as January 28, 2023, and continuing through May 23, 2024, said dates being approximate, in Webster County, in the Western District of Missouri, and elsewhere, the defendant, **MALLORY NICOLE BUNCH**, the defendant, knowingly received and distributed any visual depiction that had been mailed and shipped and transported in interstate commerce, and which contains materials which had been so mailed and shipped and transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 4

Beginning on an unknown date, but as early as September 2, 2016, and continuing through September 1, 2020, said dates being approximate, in Webster County, in the Western District of Missouri, and elsewhere, the defendant, **JESSICA NICOLE PICKETT**, did and attempted to employ, use, persuade, induce, entice, and coerce a minor, Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 5

Beginning on an unknown date, but as early as May 22, 2024, and continuing through June 10, 2024, said dates being approximate, in Webster County, in the Western District of Missouri, and elsewhere, the defendant, **JESSICA NICOLE PICKETT**, did, by means of interstate commerce, knowingly transfer obscene matter to Minor Victim 1, who had not attained the age of

16 years, knowing that Minor Victim 1 had not attained the age of 16 years, all in violation of Title 18, United States Code, Section 1470.

**A TRUE BILL**

*/s/ Stephanie Wan*
**STEPHANIE L. WAN**
Assistant United States Attorney
Missouri Bar #58918
Dated: *6/26/2024*
Springfield, Missouri

*/s/ Pamela Foster*
FOREPERSON OF THE GRAND JURY